

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY LOCKE,<br>      Petitioner | : | NO. 2:07-cv-2378-JCJ |
| VS. | : | |
| JOHN PALAKOVICH,<br>AND<br>THE DISTRICT ATTORNEY OF<br>THE COUNTY OF PHILADELPHIA,<br>AND<br>THE ATTORNEY GENERAL OF<br>THE STATE OF PENNSYLVANIA,<br>      Respondents | : | FILED<br>DEC 11 2007<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

ORDER

AND NOW, this 10th day of December, 2007, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief United States Magistrate Judge Charles B. Smith, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, is DENIED.

3. There is no probable cause to issue a certificate of appealability.

It is so ORDERED.

BY THE COURT:

_____ J.
J. CURTIS JOYNER